1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
10               AT TACOMA

11  NEIL GREENING,

12              Plaintiff,
                                          Case No. C06-5298RJB
13      v.
                                          ORDER
14  EILEEN BISON  *et al.*,

15              Defendants.

16          This action, brought under 42 U.S.C. 1983, has been referred to the undersigned Magistrate

17  Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has an incomplete application for

18  leave to proceed *in forma pauperis* pending.  The clerks office sent a letter to plaintiff outlining the

19  deficiencies in his pleadings.  (Dkt. # 3).  In response plaintiff sent a letter to the clerks office asking

20  for an explanation as to each deficiency.  (Dkt. # 4).

21          The court cannot give legal advice.  The deficiencies were properly identified in the clerk's

22  original letter.  Plaintiff has until **July 3rd, 2006** to cure the defects in his original filings.

23          The Clerk is directed to send a copy of this Order to plaintiff.

24
        DATED this 22nd day of June 2006.
25

26                              */S/ J. Kelley Arnold*
                                J. Kelley Arnold
27                              United States Magistrate Judge

28  ORDER - 1