UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL GRENNING,

        Plaintiff,

    v.

EILEEN W. BISSON, *et al.*,

        Defendants.

Case No. C06-5298RJB

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The Court, having considered Plaintiff's letter dated July 25, 2006, and the records and files herein, does hereby find and ORDER:

(1) The record does not show that the Clerk has received the necessary documentation to conduct service in this matter. Specifically at issue is the required and completed Marshal's forms for each of the named defendants. In his letter, plaintiff states that he would seek to provide those to the court in a timely fashion but he was unsure as to whether or not he could meet the court's deadline of August 4, 2006.

In order to provide Plaintiff a final opportunity to provide the necessary documentation, Plaintiff shall have until **September 26, 2006** to provide the Clerk with the necessary documents.

(2) The Clerk is directed to send uncertified copies of this Order to Plaintiff and counsel of record DATED this 5th[th] day of September, 2006.

                      */s/ J. Kelley Arnold*
                      J. KELLEY ARNOLD
                      United States District Magistrate Judge