UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL GRENNING,

             Plaintiff,

   v.

EILEEN BISSON, *et al.*,

             Defendants.

Case No.  C06-5298RJB

ORDER

This matter is before the court on plaintiff's motion to compel (Dkt. # 31). After reviewing the motion, and the remaining record, the court does find and order the following.

(1) Plaintiff's motion to compel is **DENIED**. Plaintiff's motion asks the court to direct Defendant to Answer the Complaint in a more complete fashion. Plaintiff argues that Defendant has failed to properly Answer the Complaint and notes 81 examples of the Defendant's allegedly inadequate Answer to the Complaint. A review of the Complaint, its accompanying exhibits, along with the Answer to the Complaint, shows no grounds for granting Plaintiff's motion to compel.

(2) The clerk is directed to send copies of this Order to plaintiff and defendants' counsel.

Dated this 13th day of February, 2007.

                          */s/ J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge