UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL GRENNING,

           Plaintiff,

    v.

EILEEN BISSON, *et al.*,

           Defendants.

Case No.  C06-5298RJB

ORDER GRANTING
EXTENSION OF TIME

    This matter comes before the court on plaintiff's motion for an extension of time to complete discovery and to filed his opposition to defendants' motion for summary judgment (see Dkts. #39 & 36). After reviewing the motion and the balance of the record, the court ORDERS:

    (1) Plaintiff's motion for an extension of time to conduct discovery is **GRANTED.**  Accordingly, the discovery deadline is extended until July 11, 2007.  Plaintiff's opposition brief in response to defendants' motion for summary judgment shall be filed on or before Monday, August 6, 2007, and the motion will be noted for consideration on the court's August 10, 2007 motion calendar.  Any further dispositive motions shall be filed on or before September 6, 2007, and the Joint Status Report will be due on or before October 4, 2007.

    (2) The Clerk is directed to send uncertified copies of this Order to Plaintiff and counsel of record
    DATED this 25th day of May, 2007.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
United States District Magistrate Judge

ORDER
Page - 1