1

2

3

4

5

6                                 UNITED STATES DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON
7                                          AT TACOMA

8       NEIL GRENNING,

9                        Plaintiff,                    Case No.  C06-5298RJB

10              v.                                     ORDER GRANTING SECOND
                                                       EXTENSION OF TIME
11      EILEEN BISSON, *et al.*,

12                       Defendants.

13

14          This matter comes before the court on defendants' motions for an extension of time (Docs. 52) and

15   plaintiff's motion for an extension of time (Doc 55)  After reviewing the motion and the balance of the

16   record, the court ORDERS:

17          (1) The  motions (Docs 52 & 55) for an extension of time to conduct discovery are **GRANTED.**

18   Accordingly, the discovery deadline is extended until October 23, 2007.   Any further arguments or

19   motions for summary judgment shall be failed no later than November 8, 2007.  Opposition briefs in

20   response to defendants' pending motion for summary judgment, or any other dispositive motions, shall be

21   filed on or before Monday, December 3, 2007, and the motion will be noted for consideration on the

22   court's December 7, 2007 motion calendar.  The Joint Status Report will be due on or before December

23   28, 2007.

24          (2) The Clerk is directed to send uncertified copies of this Order to Plaintiff and counsel of record

25          DATED this 20th day of September, 2007.

26

27                                                    */s/ J. Kelley Arnold*
                                                      J. KELLEY ARNOLD
28                                                    United States District Magistrate Judge

ORDER
Page - 1