1
2
3
4
5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT TACOMA

7  NEIL GRENNING,

8                  Plaintiff,                Case No. C06-5298RJB

9           v.                               ORDER GRANTING
                                             EXTENSION OF TIME TO
10 EILEEN W. BISSON, *et al.*,               RESPOND TO MOTION FOR
                                             SUMMARY JUDGMENT
11                 Defendants.

12
13

14    The Court, having considered Plaintiff's most recent request for an extension of time (Doc. 6),

15 2006, and the records and files herein, does hereby find and ORDER:

16    (1) Plaintiff wishes to have more time to file his reply to Defendant Pero's motion for summary

17 judgment (Doc. 58). Defendant Pero does not object. Accordingly, it is appropriate to grant one last

18 extension of time to allow Plaintiff the opportunity to file any final briefing, evidence, argument or

19 pleading, not only in reply to Defendant Pero's motion for summary judgment, but also in opposition to

20 the other pending motion for summary judgment, which was originally filed on April 4, 2007. Plaintiff

21 shall have until **January 30, 2008** to provide the Clerk with any opposition pleadings or documentation to

22 these motions. The motions will be considered shortly thereafter.

23    (2) The Clerk is directed to send uncertified copies of this Order to Plaintiff and counsel of record

24    DATED this 9th[th] day of January, 2008.

25

26                              */s/ J. Kelley Arnold*
                                J. KELLEY ARNOLD
27                              United States District Magistrate Judge

28