1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

13

NEIL GREENING,

CASE NO.  C06-5298RJB/JRC

14

Plaintiffs,

ORDER EXTENDING TIME TO FILE A
JOINT STATUS REPORT AND
DIRECTING COUNSEL FOR
DEFENDANT GAYLE PERO TO MEET
AND CONFER.

15

v.

16

STATE OF WASHINGTON, *et al.*,

17

Defendants.

18

19      This civil rights action has been referred to United States Magistrate Judge J. Richard

20 Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge Rule MJR3

21 and MJR4.

22      Before the court is a motion asking for additional time to file a joint status report (ECF

23 No. 88).  A joint status report was due in this case by March 18, 2011 (ECF No. 85).  Nothing

24 was filed and plaintiff states that he has tried to contact defense counsel.

25      In July of 2007, a number of attorneys entered this action on behalf of different

26 defendants.  Joanne Henry and Sandra Bobrick entered notices of appearance on behalf of

ORDER - 1

defendant Gayle Pero (ECF No. 49). All defendants, except defendant Pero, have been dismissed from this action.  The case was remanded from the Ninth Circuit on one claim (ECF No. 79).  A scheduling order was entered (ECF No. 85). Ronald LaMar then entered a notice of appearance on behalf of Gayle Pero (ECF No. 87). Neither Ms. Henry nor Ms. Bobrick have sought leave of court to withdraw.

Counsel may not withdraw without leave of court.  <u>See</u>, Local General Rule 2 (g) (2) (B), (3), and (4).  Therefore, if Ms. Henry and Ms. Bobrick wish to withdraw, they should seek leave of court to do so.  The court grants an extension until **May 13, 2011**, to file a joint status report as outlined in the Court's August 8, 2010 scheduling order.

Ms. Henry, Ms. Bobrick, and Mr. LaMar are directed to confer and decide who is representing defendant Pero.  The attorney(s) who will be representing Ms. Pero should then meet with Mr. Greening and prepare and file a joint status report on or before the **May 13, 2011,** deadline.

The clerk of court is directed to note the May 13, 2011, date on the court's calendar.

DATED this 12th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2