UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEIL GRENNING,<br><br>                Plaintiff,<br><br>  v.<br><br>EILEEN W. BISSON, et al.,<br><br>                Defendant. | CASE NO. C06-5298RJB<br><br>ORDER REGARDING<br>APPOINTMENT OF COUNSEL |

This matter comes before the court on review of the file.

In this civil rights case, the Ninth Circuit U.S. Court of Appeals reversed and remanded plaintiff's retaliation claim against defendant Gayle Pero. Dkt. 84. On August 11, 2010, plaintiff's motion for appointment of counsel was denied. Dkt. 86. Trial has been set for October 11, 2011. Dkt. 93.

Upon the review of the file, the court believes that extraordinary circumstances exist that may warrant appointment of counsel, if plaintiff renews his request. Accordingly, plaintiff should inform the court, not later than June 30, 2011, whether he wishes to request that the court

ORDER REGARDING APPOINTMENT OF
COUNSEL- 1

1  appoint counsel for him.  If he does not request appointment of counsel by June 30, 2011,

2  plaintiff is informed that he will proceed *pro se*, that is, on his own behalf, in this matter.

3  The Clerk is directed to send uncertified copies of this Order to all counsel of record and

4  to any party appearing *pro se* at said party's last known address.

5  Dated this 21st day of June, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER REGARDING APPOINTMENT OF
COUNSEL- 2